664

**COMMISSIONER OF INTERNAL REVENUE**

v.

**DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY (as transferee).**

No. 5384.

United States Court of Appeals
Tenth Circuit.

May 22, 1956.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, and Harry Marselli, Attorneys, Department of Justice, Washington, D. C., and John Potts Barnes, Chief, Internal Revenue Service, Washington, D. C., for petitioner.

Stanley Worth and Jules G. Korner III, Washington, D. C., for respondent.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties. 24 T.C. 709.

**L. J. MacKOOL, Appellant,**

v.

**GIRARDIAN INSURANCE COMPANY.**

No. 15601.

United States Court of Appeals
Eighth Circuit.

June 8, 1956.

Gerland P. Patten, Little Rock, Ark., for appellant.

E. M. Arnold, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, on motion of appellee.

**James A. GENTRY**

v.

**Charles R. HAGAN, Warden of the Federal Reformatory at El Reno, Oklahoma, et al.**

No. 5376.

United States Court of Appeals
Tenth Circuit.

May 24, 1956.

Arthur E. Ryman, Jr., Denver, Colo., for appellant.

Paul W. Cress, U. S. Atty., and H. Dale Cook and George Camp, Asst. U. S. Attys., Oklahoma City, Okl., for appellees.

Before BRATTON, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without opinion.

**James W. MOORE, Appellant,**

v.

**UNITED STATES of America.**

No. 15561.

United States Court of Appeals
Eighth Circuit.

June 19, 1956.

Faegre & Benson, Minneapolis, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion appellant.